```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES *ex rel.* ZEIGER CONSTRUCTION CO., a Nebraska Corporation, | ) ) ) ) | 4:06CV3054 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| WESTFIELD INSURANCE COMPANY, an Ohio Corporation, | ) ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' motion for enlargement of time, filing 22, is denied because of failure to demonstrate good cause.

DATED this 20th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge