IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES *ex rel.* ZEIGER CONSTRUCTION CO., a Nebraska Corporation,<br><br>                Plaintiff,<br><br>  vs.<br><br>WESTFIELD INSURANCE COMPANY, an Ohio Corporation,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:06 CV 3054<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of the parties' Stipulated Motion to Reconsider Order Denying Motion for Enlargement of Time (ECF Filing No. 23), it is hereby ORDERED that the Motion is GRANTED. All dates set forth in the Court's Order Setting Schedule for Progression (ECF Filing No. 12) shall be extended for a period of 60 days. The date of the pretrial conference will be continued to a future date to be determined by the Court.

Dated this 21st day of September, 2006.

                                              BY THE COURT

                                              s/ *David L. Piester*
                                              David L. Piester
                                              United States Magistrate Judge

Prepared and submitted by:
Anton J. Rupert, OBA# 7827
CROWE & DUNLEVY
A Professional Corporation
20 North Broadway, Suite 1800
Oklahoma City, Oklahoma 73102
(405) 235-7700
(405) 239-6651 FAX
ruperta@crowedunlevy.com