```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES *ex rel.* ZEIGER CONSTRUCTION CO., a Nebraska Corporation, | ) ) ) ) | 4:06CV3054 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| WESTFIELD INSURANCE COMPANY, an Ohio Corporation, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the court's order of September 25, 2006,

IT IS ORDERED:

1. Jury trial is continued to 9:00 a.m., January 8, 2007 for a duration of three trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week.  Jury selection will be held at commencement of trial.

2. The pretrial conference will be held December 12, 2006 at 11:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is continued to November 28, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 28th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge