IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES ex rel. ZEIGER CONSTRUCTION CO., | ) ) ) | 4:06CV3054 |
| Plaintiff, | ) ) | |
| | ) | **JUDGMENT** |
| vs. | ) ) | |
| WESTFIELD INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 30) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs, attorneys' fees and expenses.

November 20, 2006.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge